NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

ANETTE R.J. PHILLIPS and SHERROD PHILLIPS,

        Plaintiffs,

v.

FIRSTBANK PUERTO RICO,

        Defendant.

Civ. No. 13-105

**ORDER**

THOMPSON, U.S.D.J.[1]

    As stated in this Court's Opinion on this same day,

    IT IS, on this 2nd day of June, 2017,

    ORDERED that Defendant FirstBank Puerto Rico's Motion for Judgment on the Pleadings (Civ. No. 13-105, ECF No. 25), is GRANTED IN PART and DENIED IN PART; and it is further

    ORDERED that Plaintiffs' tort claims for fraud and negligence are DISMISSED; and it is further

    ORDERED that Plaintiff Sherrod Phillips' claims for breach of contract and breach of implied covenant of good faith and fair dealing are DISMISSED.

                                                    */s/ Anne E. Thompson*
                                                    ANNE E. THOMPSON, U.S.D.J.

---

[1] The Hon. Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.

1